# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

ROSS MURPHY,

        Plaintiff,

vs.                                                                                                     No. 2:07-CV-2185-DJW

AT&T OPERATIONS, INC., f/k/a
Southwestern Bell Communications,
Inc., f/k/a Southwestern Bell Telephone
Company; SOUTHWESTER BELL TELEPHONE
COMPANY, d/b/a AT&T Kansas; and
HOUSLEY COMMUNICATIONS, INC,.

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulations of Dismissal with Prejudice of the plaintiff's complaint with each party to bear their own costs and Voluntary Dismissal Of Cross Claim With Prejudice (doc. 20 & 21) filed January 16, 2008 pursuant to Rule 41(a)(1)(A)(ii), it is hereby ordered, adjudged and decreed that the plaintiff's complaint and the cross claim of defendant Southwestern Bell Telephone Company d/b/a AT&T Kansas are dismissed with prejudice, with each party to bear their own costs.

IT IS SO ORDERED.

Dated this 14th day of July 2008.

_____                                                  _____
                                                                                                               s/ David J. Waxse_____
                                                                                                               David J. Waxse
                                                                                                               U.S. Magistrate Judge

cc:    All counsel and pro se parties